STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240

February 6, 2026

**VIA ECF**
The Honorable Joan M. Azrack
United States District Judge Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:    *United States v. Oseas Gonzalez* , 20 Cr. 251 (JMA)

Dear Judge Azrack

    I represent Oseas Gonzalez in the above-captioned case. To date the Presentence Report has not been released. I request that a new sentencing date of May 18,19, 26, 27, or 28th be set to permit the parties to address the Presentence Report The government joins in this application. I will confer with your deputy and the parties to secure an alternative date in the event that Your Honor can not accommodate any of the requested dates.

    Respectfully submitted,
/s/
James Roth, Esq.
Stampur & Roth
299 Broadway Ste.800
New York, NY 10007